# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE OVERSTOCK SECURITIES LITIGATION** | **JUDGMENT IN A CIVIL CASE** |
| **THE MANGROVE PARTNERS MASTER FUND, LTD.,** | Case No. 2:19-CV-709-DAK-DAO |
| Lead Plaintiff, | Judge Dale A. Kimball |
| v. | Magistrate Judge Daphne A. Oberg |
| **OVERSTOCK .COM, INC., PATRICK M. BYRNE, GREGORY J. IVERSON, and DAVID J. NIELSEN,** | |
| Defendants. | |

Based on this court's September 28, 2020 Memorandum Decision and Order dismissing Plaintiff's Consolidated Complaint against all Defendants, Plaintiff's action is dismissed.

DATED this 28th day of September, 2020.

BY THE COURT:

_Dale A. Kimball_
DALE A. KIMBALL
United States District Judge