| | |
|---|---|
| IN RE OVERSTOCK SECURITIES LITIGATION | **ORDER REGARDING MODIFIED SCHEDULE FOR DEFENDANTS' REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS LEAD PLAINTIFF'S AMENDED COMPLAINT** |
| THE MANGROVE PARTNERS MASTER FUND, LTD., | Case No. 2:19-cv-709- DAK-EJF |
| Lead Plaintiff, | Judge Dale A. Kimball |
| v. | Magistrate Judge Evelyn Furse |
| OVERSTOCK.COM, INC., PATRICK M. BYRNE, GREGORY J. IVERSON, and DAVID J. NIELSEN | |
| Defendants. | |

Based on the parties' Joint Stipulation Regarding Modified Schedule for Defendants' Reply Briefs in Support of Motions to Dismiss Lead Plaintiff's Amended Complaint ("the Motion"), the Court hereby ORDERS as follows:

1. Defendants' deadline to file their respective reply briefs in support of the motions to dismiss are extended from April 26, 2021 to May 3, 2021.

2. The page limitations set forth in the Court's January 12, 2021 order shall continue to govern Defendants' reply briefs.

IT IS SO ORDERED.

DATED this 15th day of April, 2021.

BY THE COURT:

_Dale A. Kimball_

DALE A. KIMBALL
U.S. District Judge