Joseph D. Watkins (16979)
PARSONS BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
jwatkins@parsonsbehle.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE MANGROVE PARTNERS MASTER FUND, LTD.,<br><br>　　Plaintiff,<br><br>v.<br><br>OVERSTOCK.COM, PATRICK M. BYRNE and GREGORY J. IVERSON,<br><br>　　Defendants. | **NOTICE OF WITHDRAWAL AS COUNSEL**<br><br>Civil No. 2:19-cv-709-DAK-EJF |

　　PLEASE TAKE NOTICE that Joseph D. Watkins of the law firm of Parsons Behle & Latimer hereby withdraws his appearance on behalf of Plaintiff The Mangrove Partners Master Fund, Ltd.  Attorney Keith M. Woodwell, of the law firm of Clyde Snow, remains counsel for Plaintiffs The Mangrove Partners Master Fund, Ltd.

　　DATED this 29th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　PARSONS BEHLE & LATIMER

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph D. Watkins
　　　　　　　　　　　　　　　　　　　　　　　　Joseph D. Watkins

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of July, 2021, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF electronic filing system, which delivered immediate notice of the same to all counsel of record in this case.

                                                /s/ Joseph D. Watkins
                                                Joseph D. Watkins

4840-2052-5044.v1