**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **IN RE OVERSTOCK SECURITIES LITIGATION**<br><br>**THE MANGROVE PARTNERS MASTER FUND, LTD.,**<br><br>Lead Plaintiff,<br><br>v.<br><br>**OVERSTOCK .COM, INC., PATRICK M. BYRNE, GREGORY J. IVERSON, and DAVID J. NIELSEN,**<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-CV-709-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

Based on this court's September 20, 2021 Memorandum Decision and Order dismissing Plaintiff's Amended Consolidated Complaint against all Defendants, Plaintiff's action is dismissed with prejudice.

DATED this 20th day of September, 2021.

BY THE COURT:

DALE A. KIMBALL
United States District Judge